JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON KUNATH,<br><br>Plaintiff,<br><br>vs.<br><br>LULAROE, LLC d/b/a LULAROE, a California limited liability company; LLR, INC., a Wyoming corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:18-cv-02100-JGB-KK<br><br>**ORDER ON DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: May 3, 2019

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE